UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GORDON L. ROCKHILL,<br>NANCY ROCKHILL,<br>GORDON L. ROCKHILL IRA<br><br>            Plaintiffs,<br><br>      v.<br><br>WILLIAM M. JEUDE & UNIVEST, INC.,<br><br>            Defendants. | Civil Action No. 11-1308 (BJR)<br><br>MEMORANDUM OPINION |

For the reasons stated in the court's Memorandum Opinion issued this same day, it is hereby

**ORDERED** that Defendant's motion for summary judgment [ECF No. 64] is **GRANTED in part** and **DENIED in part**;

**FURTHER ORDERED** Defendant's alternative motion to amend the Answer is **GRANTED** insofar as their motion for summary judgment was denied.  The Amended Answer is due within one week of this issuance of this opinion.

**ORDERED** that Defendant's motion for partial summary judgment [ECF No. 79] is **DENIED as moot**.

October 15, 2012

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE